# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-1168**                                **September Term, 2025**

**EPA-91FR31284**

**Filed On: June 29, 2026** [2180844]

Heating, Air Conditioning & Refrigeration
Distributors International, et al.,

       Petitioners

     v.

Environmental Protection Agency and Lee
M. Zeldin, in his offical capacity as
Administrator of the U.S. Environmental
Protection Agency,

       Respondents

----------------------------

Consolidated with 26-1174

## O R D E R

     It is **ORDERED**, on the court's own motion, that these cases be consolidated. Petitioners in case No. 26-1174 are directed to file the following documents by the indicated date:

| | |
|---|---|
| Docketing Statement Form | July 29, 2026 |
| Statement of Issues to be Raised | July 29, 2026 |

       **FOR THE COURT:**
       Clifton B. Cislak, Clerk

BY:  /s/
      Elbert B.J. Lestrade
      Deputy Clerk

The following forms and notices are available on the Court's website:

     Agency Docketing Statement Form